Opinion filed January 22, 2009 











 
 
  
 
 







 
 
  
 
 




Opinion filed January 22, 2009 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                   __________

 

                                                          No. 11-08-00233-CR

                                           __________

 

                                  PHILLIP ALAN ADAMS, Appellant

 

                                                             V.

 

                                         STATE
OF TEXAS, Appellee

 



 

                                          On
Appeal from the 29th District Court

 

                                                       Palo
Pinto County, Texas

 

                                                 Trial
Court Cause No. 10,947-A

 



 

                                             M
E M O R A N D U M   O P I N I O N

Phillip
Alan Adams perfected this appeal from the trial court=s order denying his motion for court-appointed
counsel to represent him in his efforts to seek DNA testing pursuant to Tex. Code Crim. Proc. Ann.  arts.
64.01-.05 (Vernon 2006 & Supp. 2008).  Appellant has now filed a motion to
withdraw his pro se notice of appeal.  The motion is granted, and the appeal is
dismissed.

 

 

January 22, 2009                                                                              PER
CURIAM

Do not publish. 
See Tex. R. App. P. 47.2(b).

Panel consists of:   Wright,
C.J.,

McCall, J., and Strange, J.